IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN HUNTER**                                                                                     **PLAINTIFF**
**ADC #610955**

VS.                                    **4:24-cv-00562-BRW-JJV**

**G KERSTEIN,**
**Doctor, ADC;** *et al.*                                                                              **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition (Doc. No. 5) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Partial Recommended Disposition in all respects.

Therefore, Plaintiff may proceed with his inadequate medical care claims against Defendants Kerstein and Bland in their individual capacities only. All other claims as well as Defendant Payne are dismissed without prejudice. An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 12th day of September, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1