IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN HUNTER**
**ADC #610955**                                                                    **PLAINTIFF**

v.                          No. 4:24-cv-562-DPM-JJV

**GARY KERSTEIN, Doctor, ADC;**
**ESTELLA BLAND, APN, ADC**                                          **DEFENDANTS**

### ORDER

Unopposed partial recommendation, *Doc. 22*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, *Doc. 20*, denied without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2025