IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEPHEN HUNTER
ADC #610955                                                      PLAINTIFF

v.                              No. 4:24-cv-562-DPM

GARY KERSTEIN, Doctor, ADC;  and
ESTELLA BLAND, Nurse, ADC                         DEFENDANTS

ORDER

On *de novo* review, the Court sustains Hunter's objection, *Doc. 33,* and declines Magistrate Judge Volpe's recommendation, *Doc. 32.* Fed. R. Civ. P. 72(b)(3). Kerstein and Bland's motion for summary judgment, *Doc. 26,* is denied without prejudice. If practicable, the Court needs to hear directly from Dr. Burrell. The Court therefore refers this case back to the Magistrate Judge to hold a pre-jury evidentiary hearing to determine whether Hunter's claims need a trial. *Johnson v. Bi-State Justice Center,* 12 F.3d 133, 135-36 (8th Cir. 1993).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2026